**Order entered February 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00004-CV**

**INFORMATION SERVICES GROUP, INC., Appellant**

**V.**

**MARIO VOLLBRACHT, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-13872**

**ORDER**

Before the Court is appellant's February 22, 2021 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **March 2, 2021**.

/s/    CRAIG SMITH
        JUSTICE